

BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA   36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

BILL LIETZKE,

        PLAINTIFF,

VS.

CITY OF MONTGOMERY, ET AL,
KEVIN MURPHY,

        DEFENDANTS.

Case 2:17-cv-12934
Judge: Drain, Gershwin A.
MJ: Davis, Stephanie Dawkins
Filed: 09-01-2017 At 11:35 AM
CMP LIETZKE v CITY OF MONTGOMERY, E
T AL (dat)

)
)
)
)

1.  Jurisdiction founded on the existence of a federal question and amount in controversy.

2.  The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3.  The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4.  Federal district courts ordinarily follow state law in determining the bounds of their jurisdiction over persons (Walden, 134 S. Ct. 1121 (quoting Daimler AG. V. Bauman 134 S. Ct. 746, 753 (2014)).  This is because a federal district court's authority to assert personal jurisdiction in most cases is linked to service of process on a defendant who is subject to the jursidiction of a court of general jurisdiction in the state ( Michigan  ) where the district court is located.  Id (quoting Federal Rules of Civil Procedure 4 (k) (1) (A).

5.  The determination of whether a court (District of Michigan ) has personal jurisdiction over a defendant (County of Montgomery, City of Montgomery) is normally a two step analysis.  <u>Northrup King Co. v. Compania Productora Semillas Algodoneras Selectas, S. A.</u>, 51 F. 3d 1383, 1387 (8th Cir. 1995).

First, the state's applicable long arm statute is satisfied, and second, the court's exercise of jurisdiction over these Defendants must comport with due process of law.

6. Due process allows a court (District of                    ) to exercise personal over a non-resident defendant (County of Montgomery, City of Montgomery) because doing so is consistent with traditional notions of fair play and substantial justice. Whether the defendants have sufficient minimum contacts or not with the forum state should be immaterial. World Wide Volkswagen Corp. v. Woodson, 444 U.S. 286, 291 (1980), International Shoe Co. v. Washington, 326 U.S. 310 316 (1945).

7. About or Around April 28, 2017, the City of Montgomery, Et Al, through agent City of Montgomery police officers detained the Plaintiff without lawful privilege therefor on Commerce Street at Court Square at Renasant Bank inquiring "What's going on" and asserting that they called the City of Montgomery on the Plaintiff.

8. Thereafter, the City of Montgomery, Et Al released the Plaintiff on his own recognizance asserting that the City of Montgomery is aware of the Plaintiff's issues with African-american blacks.

9. The Plaintiff catergorically denies any allegations of any unlawful activities and demands that the City of Montgomery, Et Al discloses the identities of all third parties involved in the incident of April 28, 2017.

10. The City of Montgomery, Et Al precipitated said actions without probable cause and without lawful privilege therefor, abridging the Plaintiff's right of the people peaceably to assemble under the First Amendment, and abridging the Plaintiff's right to plead the Fifth Amendment, under the United States Constitution.

11. As a proximate conseequence of the Defendants acts, the Plaintiff suffered damages as follows: 1) Constitutional rights violations 2) Plaintiff's defamation of character 3) Plaintiff's mental anguish 4) Plaintiff's libel and slander.

WHEREFORE, the Plaintiff is demanding punitive dameges, Actual damages, and compensatory damages, and judgment therefor against all Defendants for the sum of $1,000,000,000.00

BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

BILL LIETZKE,                              ) CASE NO.

     PLAINTIFF,                          )

VS.                                        )

CITY OF MONTGOMERY, ET AL,                 )
KEVIN MURPHY,
                                           )
     DEFENDANTS.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Plaintiff Bill Lietzke demands Defendants City of Montgomery, Et Al Kevin Murphy to answer the following written Interrogatories and Complaint under oath and in accordance with Rule 33 of the Federal Rules of Civil Procedure. Defendants shall file written answers in the United States District Court, District of Michigan within 21 days after the filing of the Interrogatories and Complaint. Failure of Defendants to file written answers to the Interrogatories and Complaint within 21 days after the filing of the case constitutes contempt of court. District of Michigan enters DEFAULT JUDGMENT against Defendants and assesses fines for $100,000,000.00, pursuant to Rule 55 of the Federal Rules of Civil Procedure. District of Michigan imposes prison sentence 10 years in Michigan's minimum security state prison. Interrogatories and Complaint shall be addressed to the Defendants, and all answers shall reflect the cumulative knowledge of the Defendants and any servants, agents, and employess thereof.

The Plaintiff demands the Defendants to produce and identify, specifically and in a form suitable for use in a subpoena, all original documents, original records, and all other written materials containing, setting forth, or in reference to the

information provided in answering the Interrogatories and Complaint. Defendants must produce and identify original documents and records. Computer print outs of lists and data and photocopies of documents and records are unacceptable.

1. What is the organizational structure of the Sates of Alabama Montgomery Police Department for the following years: 2015, 2016, 2017, and 2018? Describe in full detail the State of Alabama Montgomery Police Department's organizational structure for the following: 2015, 2016, 2017, and 2018.

2. State the full legal names, the full legal residences, the races, the sexes, the badge numbers, the position titles, and if applicable the promotions of the City of Montgomery officers who unlawfully detained the Plaintiff on Montgomery public street of Commerce Street at Court Square on April 28, 2017.

3. State with degree of specificity the actions that the Plaintiff was alleged to have done that was the basis of the Plaintiff's unlawful detention on Commerce Street at Court Square on April 28, 2017

4. State the full legal names, the full legal residences, the races, the sexes, the telephone numbers including area codes, and the places of employment of ass witnesses complaining of alleged actions of the Plaintiff, prior to the unlawful detention of the Plaintiff on April 28, 2017, and state with a degree of specificity the substance of said complaints.

5. State the full legal names, the full legal residences, the races, the sexes, the telephone numbers including area codes, and the places of employment of any witnesses that any Montgomery police officer interviewed pertaining to the alleged actions of the Plaintiff on April 28, 2017, prior to the unlawful detention of the Plaintiff, and state with a degree of specificity the substance of said complaints.

Submitting for filing August 29, 2017

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

COUNTY OF RESIDENCE IS MONTGOMERY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

COUNTY OF RESIDENCE IS UNIDENTIFIED

County of Residence of First Listed Defendant _____

Case: 2:17-cv-12934
Judge: Drain, Gershwin A.
MJ: Davis, Stephanie Dawkins
Filed: 09-01-2017 At 11:35 AM
CMP LIETZKE v CITY OF MONTGOMERY, E
T AL (dat)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TITLE 28, UNITED STATES CODE, SECTION 1983

Brief description of cause:
LIBEL AND SLANDER, CIVIL RIGHTS VIOLATIONS

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P

**DEMAND $** $1,000,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
AUGUST 29, 2017

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?        ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)        ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

☐ Two (2) completed **Civil Cover Sheets.** *ONLY 1 COVERSHEET, UNSIGNED, NO SECOND PAGE*

☐ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_____2_____ + 2 = _____4_____ Complaints.
# of Defendants          Total

*ONLY 1 COPY OF COMPLAINT UNSIGNED*

Case: 2:17-cv-12934
Judge: Drain, Gershwin A.
MJ: Davis, Stephanie Dawkins
Filed: 09-01-2017 At 11:35 AM
CMP LIETZKE v CITY OF MONTGOMERY, ET AL (dat)

Received by Clerk: **DT** Addresses are complete: *ONLY 1 ADDRESS*

☐ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>*Clerk, U.S. District Court*<br><br>Received by Clerk: _____ Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br>*ONLY 1 COPY – UNSIGNED*<br><br>Received by Clerk: **DT** |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>*ONLY 1 SUMMONS FOR 1 DEFT*<br><br>Received by Clerk: **DT** | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>*NONE PROVIDED*<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

## Clerk's Office Use Only

Note any deficiencies here:

*DOCUMENTS ARE NOT SIGNED, COPIES ARE NOT PROVIDED*

*NO SUMMONS FOR 2ND DEFT*

Rev. 4/13

